UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Rosemary Dettling,  )
        Plaintiff  )
  )
  )
v.  )
  ) Case Number: 06cv1658
  )
  )
Mary Peters,  )
Secretary, U.S. Department of Transportation  ) Date: October 31, 2006
        Defendant  )
  ) Judge Reggie B. Walton

**PROOF OF SERVICE**

      On September 28, 2006, I served the complaint on the Defendant by the mailing method indicated. Proof of service is attached.

| | |
|---|---|
| U.S. Attorney<br>c/o Civil Process Clerk<br>US Attorney's Office<br>555 4th Street, NW<br>Washington, DC 20530 | Certified Mail |
| Alberto R. Gonzales<br>Attorney General<br>US Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-001 | Certified Mail |
| Maria Cino<br>Acting Secretary<br>US Department of Transportation<br>400 7th Street, SW<br>Washington, DC 20590 | Certified Mail |

Respectfully submitted,

*Rosemary Dettling*
Rosemary Dettling
3120 Brandywine Street, NW
Washington, DC 20008
(202) 390-4741 Tel.

**Receipt 1:**

U.S. Postal Service CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Sent To: MARIA CINO
Street, Apt. No. or PO Box No.: 400 7th ST, SW
City, State, ZIP+4: WASHINGTON DC 20590

PS Form 3800, June 2002

SENDER: COMPLETE THIS SECTION

1. Article Addressed to:
MARIA CINO
ACTING SECRETARY
US DEPT OF TRANSPORTATION
400 7th ST, SW
WASHINGTON DC 20590

2. Article Number: 7005 1820 0005 8554 4385

3. Service Type: ☑ Certified Mail
4. Restricted Delivery? ☐ Yes

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X (signed)
B. Received by (Printed Name): INGRAM
C. Date of Delivery: 10/2/06

PS Form 3811, February 2004   Domestic Return Receipt

---

**Receipt 2:**

U.S. Postal Service CERTIFIED MAIL RECEIPT

Sent To: US ATTORNEY
Street, Apt. No.: 555 4TH ST, NW
City, State, ZIP+4: WASH DC 20530

1. Article Addressed to:
US ATTORNEY
C/O CIVIL PROCESS CLERK
US ATTORNEY'S OFFICE
555 4th ST, NW
WASHINGTON DC 20530

3. Service Type: ☑ Certified Mail

PS Form 3811, February 2004   Domestic Return Receipt

---

**Receipt 3:**

U.S. Postal Service CERTIFIED MAIL RECEIPT

Sent To: ALBERTO GONZALES
Street, Apt. No. or PO Box No.: 950 PENNSYLVANIA AVE
City, State, ZIP+4: WASH DC 20530-0001

PS Form 3800, June 2002

1. Article Addressed to:
ALBERTO R. GONZALES
ATTORNEY GENERAL
DOJ
950 PENNSYLVANIA AVE, NW
WASHINGTON DC 20530-0001

2. Article Number: 7005 1820 0005 8554 4330

B. Received by (Printed Name): OCT 02 2006

3. Service Type: ☑ Certified Mail

PS Form 3811, February 2006

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rosemary Dettling,<br>           Plaintiff<br><br>           v.<br><br>Mary Peters,<br>Secretary, U.S. Department of Transportation<br>           Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case Number: 06cv1658<br>)<br>)<br>)<br>) Date: October 31, 2006<br>)<br>) |

### NOTIFICATION OF CHANGE OF ADDRESS

Plaintiff hereby notifies the Court that her address will change, effective November 1, 2006. Plaintiff's new address is:

        3120 Brandywine Street, NW
        Washington, DC 20008

                                            Respectfully submitted,

                                            Rosemary Dettling
                                            (202) 390-4741 Tel.

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 31st day of October, 2006, the foregoing Proof of Service and Notification of Change of Address were sent to the below addresses by U.S. Mail:

Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

U.S. Attorney
c/o Civil Process Clerk
US Attorney's Office
555 4th Street, NW
Washington, DC 20530

Alberto R. Gonzales
Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-001

Mary Peters
Secretary
US Department of Transportation
400 7th Street, SW
Washington, DC 20590