**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Rosemary Dettling, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-01658 (RBW) |
| | ) | |
| Mary Peters, Secretary, | ) | |
| U.S. Department of Transportation, | ) | |
| | ) | |
| *Defendant*. | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of David W. Sanford as counsel in this case for Plaintiff Rosemary Dettling.

Dated: November 29, 2006        Respectfully submitted,


                                _____/s/ David W. Sanford_____
                                David W. Sanford, D.C. Bar No. 457933
                                **SANFORD, WITTELS & HEISLER, LLP**
                                1666 Connecticut Ave., N.W., Suite 310
                                Washington, D.C. 20009
                                Telephone: (202) 742-7780
                                Facsimile: (202) 742-7776

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was filed electronically and that a true and correct copy of the foregoing was served by U.S. mail on this 29th day of November, 2006 upon the following:

> Mary Peters
> Secretary
> U.S. Department of Transportation
> 400 7th St., SW
> Washington, DC 20590
>
> U.S. Attorney's Office
> 555 4th St., NW
> Washington, DC 20530
>
> Alberto R. Gonzales
> U.S. Department of Justice
> 950 Pennsylvania Ave., NW
> Washington, DC 20530

                                                  /s/ David W. Sanford
                                                  David W. Sanford