**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Rosemary Dettling, | ) |
| | ) |
|     *Plaintiff,* | ) |
| | ) |
| v. | )   Case No. 1:06-cv-01658 (RBW) |
| | ) |
| Mary Peters, Secretary, | ) |
| U.S. Department of Transportation, | ) |
| | ) |
|     *Defendant.* | ) |
| _____ | ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Shayna M. Bloom as counsel in this case for Plaintiff Rosemary Dettling.


Dated: December 4, 2006        Respectfully submitted,


                                            _____/s/ Shayna M. Bloom_____
                                            Shayna M. Bloom, D.C. Bar No. 498105
                                            **SANFORD, WITTELS & HEISLER, LLP**
                                            1666 Connecticut Ave., N.W., Suite 310
                                            Washington, D.C. 20009
                                            Telephone: (202) 742-7780
                                            Facsimile: (202) 742-7776

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Notice was filed electronically and that a true and correct copy of the foregoing was served by U.S. mail on this 4th day of December, 2006 upon the following:

        Mary Peters
        Secretary
        U.S. Department of Transportation
        400 7th St., SW
        Washington, DC 20590

        U.S. Attorney's Office
        555 4th St., NW
        Washington, DC 20530

        Alberto R. Gonzales
        U.S. Department of Justice
        950 Pennsylvania Ave., NW
        Washington, DC 20530

                          /s/ Shayna M. Bloom
                        Shayna M. Bloom