UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSEMARY DETTLING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No.: 06-1658 (RBW) |
| | ) | |
| MARIA CINO, | ) | ECF |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR
AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Maria Cino, Secretary, U.S. Department of Transportation, respectfully requests for a 60-day extension of time to respond to Plaintiff's Complaint. Pursuant to Local Rule 7(m), counsel for the parties conferred and Plaintiff's counsel does not oppose this Motion.

There is a good cause for the Court to grant this Motion. On September 27, 2006, Plaintiff filed this Title VII Complaint alleging that Defendant discriminated against her when it hired her at a lower grade than similarly situated male colleagues. Plaintiff also claims that Defendant retaliated against her for engaging in protected activities.

The Court set the deadline of December 1, 2006, for Defendant to respond to Plaintiff' Complaint. However, Plaintiff has not served the United States properly as required under Fed. R. Civ. P. 4(i). In any event, the parties conferred and have informally resolved the service issue without litigation. Under Fed. R. Civ. P. 12(a)(3)(A), a federal government agency has up to 60 days to respond to the complaint after the United States is properly served with the pleading.

Accordingly, consistent with Fed. R. Civ. P. 12(a)(3)(A), the Court should grant Defendant's Motion for an Extension of time until February 2, 2007, to respond to Plaintiff's Complaint.

Dated: December 4, 2006.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROSEMARY DETTLING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-1658 (RBW) |
| ) | |
| MARIA CINO, ) | ECF |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

Upon consideration of Defendant's Unopposed Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 200__,

ORDERED that Defendant's Unopposed Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including February 2, 2007, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge