UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROSEMARY DETTLING, )
)
Plaintiff, )
)
v. )  Civ. No. 06-1658 (RBW)
)
MARY E. PETERS, )
)
Defendant. )
)

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff hereby dismisses all claims against the United States of America raised in the above-captioned case, with prejudice.

Dated: 4/23/07

/s/ Shayna M. Bloom
DAVID W. SANFORD, # 45733
SHAYNA M. BLOOM, # 498105
Sanford, Wittels & Heisler, LLP
1666 Connecticut Ave. NW
Suite 310
Washington, DC 20009
(202) 742-7776

Attorneys for Plaintiff

_____
Rosemary Dettling

Respectfully Submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant